922

CABINET.   Appeal from Sup. Ct. Ky. dismissed for want of substantial federal question.

No. 84-1343.   FERGUSON ET AL. *v.* WAMBLE ET AL.; and

No. 84-1355.   BENNETT, SECRETARY OF EDUCATION, ET AL. *v.* WAMBLE ET AL.   Appeals from D. C. W. D. Mo.   Motion of Baptist Joint Committee on Public Affairs for leave to file a brief as *amicus curiae* granted.   Appeals dismissed for want of jurisdiction.   Reported below: 598 F. Supp. 1356.

No. 84-1528.   WAMBLE ET AL. *v.* BENNETT, SECRETARY OF EDUCATION, ET AL.   Appeal from D. C. W. D. Mo. dismissed for want of jurisdiction.

No. 84-604.   JOEL ET AL. *v.* CIRRITO ET AL.   C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sedima, S. P. R. L.* v. *Imrex Co.*, *ante*, p. 479, and *American National Bank* v. *Haroco, Inc.*, *ante*, p. 606.

No. 84-657.   BANKERS TRUST CO. *v.* RHOADES ET AL.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sedima, S. P. R. L.* v. *Imrex Co.*, *ante*, p. 479, and *American National Bank* v. *Haroco, Inc.*, *ante*, p. 606.

No. 84-1033.   UNITED STATES *v.* PFLAUMER.   C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Bagley*, *ante*, p. 667.

No. 84-1084.   TIFFANY INDUSTRIES, INC. *v.* ALEXANDER GRANT & CO.; and

No. 84-1222.   KAHN *v.* ALEXANDER GRANT & CO.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Sedima, S. P. R. L.* v. *Imrex Co.*, *ante*, p. 479, and *American National Bank* v. *Haroco, Inc.*, *ante*, p. 606.   JUSTICE BLACKMUN would deny the petitions for writs of certiorari.   Reported below: 742 F. 2d 408.

No. 84-1500.   CONTICOMMODITY SERVICES, INC. *v.* SCHOR ET AL.; and

No. 84-1519.   COMMODITY FUTURES TRADING COMMISSION *v.* SCHOR ET AL.   C. A. D. C. Cir.   Certiorari granted, judgment